## 22335. PATTERSON v. THE STATE.

HEAD, Presiding Justice. The present case is controlled by the rulings made in *Clark v. State*, ante.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED JANUARY 30, 1964—REHEARING DENIED FEBRUARY 11, 1964.

*B. Clarence Mayfield, E. H. Gadsden, Constance Baker Motley, Jack Greenberg, Derrick A. Bell, Jr.*, for plaintiff in error. *Andrew J. Ryan, Jr., Solicitor, R. E. Barker*, contra.

## 22328. OWENS et al. v. THE STATE.

ALMAND, Justice. The instant case is controlled by the ruling of this court in the cases of *Clark v. State*, ante, and *Middleton v. State*, ante.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED JANUARY 31, 1964—REHEARING DENIED FEBRUARY 11, 1964.

*B. Clarence Mayfield, E. H. Gadsden*, for plaintiffs in error. *Andrew J. Ryan, Jr., Solicitor, R. E. Barker*, contra.